FILED

08 AUG -1 PM 2:13

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**BZ**

Delores Seltzer

Plaintiff,

CASE NO. _____

vs.

Tenderloin Neighborhood Development

Defendant.

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Delores Seltzer, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?   Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

28  If the answer is "no," state the date of last employment and the amount of the gross and net salary

Form-Intake 3 (Rev. 4/05)                - 1 -

1  and wages per month which you received.
2  _June 2008 last employment_
3  _gross $738 / month_
4  _Net $655 / month_

5  2.  Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7      a.    Business, Profession or               Yes ___ No _X_
8           self employment?

9      b.    Income from stocks, bonds,        Yes ___ No _X_
10          or royalties?

11     c.    Rent payments?                       Yes ___ No _X_

12     d.    Pensions, annuities, or                Yes ___ No _X_
13          life insurance payments?

14     e.    Federal or State welfare payments,    Yes ___ No _X_
15          Social Security or other govern-
16          ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.

19 _____

20 _____

21 3.  Are you married?                           Yes ___ No _X_

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____ Net $_____

26 4.  a.  List amount you contribute to your spouse's support:$ _____
27     b.  List the persons other than your spouse who are dependent upon you for support
28        and indicate how much you contribute toward their support.  (NOTE: For minor

Form-Intake 3 (Rev. 4/05)         - 2 -

1    c. __ Failure to promote me.

2    d. X Other acts as specified below.

3    I have been harrassed, discriminated against,
4    and rataliated against because of my
5    sex and race, and also for engaging
6    in protected activity in violation of
7    Title VII of the Civil Rights act of
8    1964 as ammended.

9  5.  Defendant's conduct is discriminatory with respect to the following:

10    a. X My race or color.

11    b. __ My religion.

12    c. X My sex.

13    d. __ My national origin.

14    e. __ Other as specified below.

15

16  6.  The basic facts surrounding my claim of discrimination are:

17    I asked to be placed in a different
18    location, but a less-qualified
19    caucasian employee was given the
20    position despite my experience and
21    seniority.

22

23

24

25  7.  The alleged discrimination occurred on or about  9/05/2006 .

26                                                          (DATE)

27  8.  I filed charges with the Federal Equal Employment Opportunity Commission (or the

28  California Department of Fair Employment and Housing) regarding defendant's alleged

Form-Intake 2 (Rev. 4/05)           - 2 -

1  discriminatory conduct on or about  10/17/2006.
                                         (DATE)

9.  The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (copy attached), which was received by me on or about  06/03/2008.
                                         (DATE)

10. Plaintiff hereby demands a jury for all claims for which a jury is permitted:
    Yes _X_    No ___ .

11. WHEREFORE, plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

DATED: 8/01/2008          *Delores Seltzer*
                          SIGNATURE OF PLAINTIFF

*(PLEASE NOTE: NOTARIZATION*       Delores Seltzer
*IS NOT REQUIRED.)*                PLAINTIFF'S NAME
                                   (Printed or Typed)

Form-Intake 2 (Rev. 4/05)          - 3 -