UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DELORES SELTZER | ) | |
| Plaintiff(s), | ) | No.  C08-03683 BZ |
| v. | ) | **ORDER REQUIRING AMENDED APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |
| TENDERLOIN NEIGHBORHOOD DEVELOPMENT, | ) | |
| Defendant(s). | ) | |

    Plaintiff has applied to proceed *in forma pauperis*. Having reviewed the application, I find that I cannot properly evaluate it because it contains conflicting or incomplete financial information.

    In her application, plaintiff's stated monthly expenses exceed $3,000, though she may have made an error in listing her clothing expenses.  In addition, plaintiff contributes $3,000 yearly in support of two children. However, she does not have a monthly income, bank account, or any other assets. It is thus unclear how plaintiff covers her monthly expenses.

1

1 | These conflicting and incomplete responses preclude me from
2 | meaningfully evaluating plaintiff's eligibility to proceed *in*
3 | *forma pauperis*.
4 |     For these reasons, and for good cause appearing, **IT IS**
5 | **HEREBY ORDERED** that by no later than **Monday, September 8,**
6 | **2008**, plaintiff must either submit an amended application or
7 | pay the ordinary filing fee and proceed accordingly.  Failure
8 | to take one of these actions by that date will result in
9 | dismissal of this action without prejudice.  Any amended
10 | application should address the questions raised in this Order.
11 | Plaintiff is reminded that if she chooses to pay the filing
12 | fee rather than amend her application, she is responsible for
13 | serving her complaint and any amendments or attachments,
14 | pursuant to Federal Rule of Civil Procedure 4.
15 | Dated: August 12, 2007

                                          Bernard Zimmerman
                           United States Magistrate Judge

G:\BZALL\-BZCASES\SELTZER V TENDERLOIN\ORDER.DENY.IN.FORM.PAUP.wpd