UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Delores Seltzer

    Plaintiff,

vs.

Tenderloin Neighborhood Development

    Defendant.

CASE NO. C08-03683 BZ

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, Delores Seltzer, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?  Yes ___ No _X_

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $1,733.50    Net: 1,091.97    D.S.M.

Employer: Tenderloin Neighborhood Development

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  July 02-2006   Gross $186.49   Net 171.8
3  _____
4  _____

5  2.  Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7      a.  Business, Profession or          Yes ___ No ✗
8           self employment?
9      b.  Income from stocks, bonds,       Yes ___ No ✗
10          or royalties?
11     c.  Rent payments?                  Yes ___ No ✗
12     d.  Pensions, annuities, or           Yes ___ No ✗
13          life insurance payments?
14     e.  Federal or State welfare payments,   Yes ✓ No ___
15          Social Security or other govern-
16          ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 Income Tax $300.00
20 _____

21 3.  Are you married?                       Yes ✓ No ___
22 Spouse's Full Name: Percy Mauldin
23 Spouse's Place of Employment: Tenderloin Neighborhood Dev.
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $ 1,733.50   Net $ 1,091.97
26 4.  a.  List amount you contribute to your spouse's support: $ 300.00 month for rent
27     b.  List the persons other than your spouse who are dependent upon you for support
28         and indicate how much you contribute toward their support. (NOTE: For minor

-2-

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  R.B.S. 7yrs old    J.S. 6 yrs old
3  _____
4  5.   Do you own or are you buying a home?   Yes ___ No  X
5  Estimated Market Value: $ _____ Amount of Mortgage: $ _____
6  6.   Do you own an automobile?   Yes ___ No X
7  Make _____ Year _____ Model _____
8  Is it financed? Yes ___ No X   If so, Total due: $ _____
9  Monthly Payment: $ _____
10 7.   Do you have a bank account? Yes ___ No X   (Do not include account numbers.)
11 Name(s) and address(es) of bank: _____
12 _____
13 Present balance(s):  $ _____
14 Do you own any cash?  Yes ___ No ___ Amount: $ _____
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)   Yes ___ No X
17 _____
18 8.   What are your monthly expenses?
19 Rent: $ 710.00    Utilities: $31.58
20 Food: $ 162. Amount    Clothing: $150.00 a month
21 Charge Accounts:
22 Name of Account        Monthly Payment        Total Owed on This Account
23 _____        $ _____        $ _____
24 _____        $ _____        $ _____
25              $ _____        $ _____
26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 San Francisco General   $738.45

-3-

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ☒ No ☒

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

| 08-26-08 | *Delores Seltzer Mauldin* |
|---|---|
| DATE | SIGNATURE OF APPLICANT |