FILED

SEP 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES SELTZER,<br><br>    Plaintiff(s),<br><br>    v.<br><br>TENDERLOIN NEIGHBORHOOD DEVELOPMENT,<br><br>    Defendant(s). | No. C08-03683 BZ<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL** |

Plaintiff has requested appointment of counsel. In a civil action, a plaintiff has no right to appointment of counsel, but a court may appoint counsel at its discretion. U.S. v. $292,888.04, 54 F.3d 564, 569 (9th Cir. 1995). A court has discretion to "request an attorney to represent any person unable to afford counsel." 28 U.S.C. 1915(e)(1) (formerly 1915(d)); Wilborn v. Escalderon, 789 F.2d 1328, 1331 (9th Cir. 1986). However, counsel may be appointed only in "exceptional circumstances." Id.; Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991). In determining whether to appoint counsel, a court considers various factors such as the plaintiff's financial need, whether plaintiff has made

1

Copies Mailed to
Parties of Record

1  diligent efforts to secure counsel, the likelihood of success
2  on the merits, and plaintiff's apparent ability to articulate
3  their claims in light of the complexity of the issues
4  involved.  <u>See</u>, <u>e.g.</u>, 28 U.S.C. 1915(e)(1); <u>Agyeman v. Corr.s</u>
5  <u>Corp. of Amer.</u>, 390 F.3d 1101, 1103 (9th Cir. 2004); <u>Wilborn</u>
6  <u>v. Escalderon</u>, 789 F.2d 1328, 1331 (9th Cir. 1986).
7       Plaintiff has not yet shown that she has made a diligent
8  effort to locate counsel or that her case has sufficient merit
9  to warrant appointment of counsel.  Attached to this Order is
10 a list of referral agencies.  Plaintiff should contact those
11 that apply to her and see if they can refer her to counsel
12 willing to handle her case.  Plaintiff may also wish to seek
13 assistance from the Legal Help Center, located on the 15th
14 Floor of the Courthouse, Room 2796, where plaintiff may sign
15 up for a 45-minute appointment with an attorney who may be
16 able to provide basic legal help, but not legal
17 representation.
18      For these reasons, **IT IS ORDERED** that plaintiff's request
19 for appointment of counsel is **DENIED WITHOUT PREJUDICE**.  If
20 plaintiff can show that after making diligent efforts, she has
21 been unable to obtain counsel and that she has a meritorious
22 case, she may reapply.
23 Dated:  September 24, 2008.

Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SELTZER V TENDERLOIN\ORDER DENYING REQ FOR APPOINTMENT OF COUNSEL.wpd

## LAWYER REFERRAL SERVICES - GENERAL

| | |
|---|---|
| Attorney Referral Service of San Mateo County Bar Association | (650) 369-4149 |
| Lawyer's Referral Service - Alameda County Bar Association | (510) 893-8683 |
| Lawyer's Referral Service - Bar Association of San Francisco | (415) 989-1616 |
| Lawyer's Referral Service - Contra Costa County Bar Association | (925) 825-5700 |
| Lawyer's Referral Service - Marin County Bar Association | (415) 453-8181 |
| Lawyer's Referral Service - Santa Clara County Bar Association | (408) 971-6822 |
| S.F. Lawyer's Club | (415) 763-6025 |

## LAWYER REFERRAL SERVICES FOR TARGET CLIENTS/SUBJECT AREAS

| | |
|---|---|
| AIDS Legal Referral Panel | (415) 291-5454 |
| California Lawyers for the Arts | (415) 775-7200 |
| Gay Legal Referral | (415) 621-3900 |
| Korean Referral Service | (415) 567-3267 |
| La Raza Lawyer Referral Service | (415) 641-1069 |
| Housing Rights Inc. (Eastbay) | (510) 548-8776 |
| Sentinel Fair Housing (Eastbay) | (510) 836-2687 |
| Project Sentinel (Housing - Westbay) | (650) 321-6291 |

## LEGAL AID ORGANIZATIONS IN THE BAY AREA - PUBLICLY FUNDED

Bay Area Legal Aid
    Alameda County Regional Office    (510) 663-4744
    Contra Costa County Regional Office    (510) 233-9954
    San Francisco County Regional Office    (415) 982-1300
    Santa Clara County Regional Office    (408) 283-3700
Legal Aid of Marin County    (415) 492-0230
Legal Aid Society of San Mateo County    (650) 365-8411

## LEGAL ASSISTANCE, REPRESENTATION, AND REFERRALS

| Organization | Contact |
|---|---|
| Ella Baker Center for Human Rights/ Bay Area Police Watch | (415) 951-4844 (police misconduct) |
| Legal Assistance to the Elderly | (415) 861-4444 (age 60 and over in SF) |
| Legal Services for Children | (415) 863-3762 |
| Asian Law Caucus | (415) 391-1655 |
| Nihonmachi Legal Outreach | (415) 567-6255 (Asian and Pacific Islander clients) |
| Lawyer's Committee for Civil Rights of the San Francisco Bay Area | (415) 989-1616 (open clinic staffed by major law firms) |
| American Civil Liberties Union of Northern California | (415) 621-2488 |
| California Indian Legal Services Oakland | (510) 835-0824 |
| East Bay Community Law Center (formerly Berkeley Community Law Center) | (510) 548-4040 |
| Equal Rights Advocates | (415) 621-0505 (gender discrimination, sexual harassment) |
| Hawkins Center | (510) 232-6611 (social security claims) |
| Protection & Advocacy | (800) 776-5746 (clients with disabilities) |
| Disability Rights Advocates | (510) 451-8644 (clients with disabilities) |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DELORES SELTZER,

        Plaintiff,

v.

TENDERLOIN NEIGHBORHOOD
DEVELOPMENT et al,

        Defendant.

Case Number: CV08-03683 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 24, 2008, I SERVED a true and correct copy(ies) of the attached **ORDER DENYING PLAINTIFF'S REQUEST FOR APPOINTMENT OF COUNSEL**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dolores Seltzer
481 Eddy Street, Apt. 305
San Francisco, CA 94109

Dated: September 24, 2008

                              Richard W. Wieking, Clerk
                              By: Rose Maher, Deputy Clerk