☐ **ORIGINAL**

FILED
JAN 6 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

DOLORES SELTZER,
    Plaintiff in Propia Persona,

v.

TENDERLOIN NEIGHBORHOOD DEVELOPMENT,
    Defendant.

No. C 08-3683 BZ

**ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT CONFERENCE PROGRAM**

Plaintiff in this case has applied to participate in the court's Assisted Settlement Conference Program. Based on the court's review of plaintiff's Application for Assisted Settlement Conference, Declaration Applying for Assisted Settlement Conference and additional application materials, and plaintiff's acknowledgment at the Case Management Conference that she has reviewed the description of the Assisted Settlement Conference Program, wishes to participate in the Program, and understands and agrees to the limited representation to be provided by Special Settlement Conference counsel,

IT IS HEREBY ORDERED:

1. That the case be assigned to the Assisted Settlement Conference Program;
2. That Special Settlement Conference Counsel be appointed for the limited purpose of representing plaintiff in the preparation for and Settlement Conference of this case; and

////

Copies Mailed to
Parties of Record

3. That the Settlement Conference shall be completed within ninety (90) days of the date of this order.

IT IS SO ORDERED.

6 Jan 09
Date

Bernard Zimmerman
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DELORES SELTZER,

        Plaintiff,

v.

TENDERLOIN NEIGHBORHOOD
DEVELOPMENT et al,

        Defendant.

        /

Case Number: CV08-03683 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 6, 2009, I SERVED a true and correct copy(ies) of the attached **ORDER ASSIGNING CASE TO ASSISTED SETTLEMENT CONFERENCE PROGRAM**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arif Virji
Lynch Gilardi & Grummer
475 Sansome Street
Suite 1800
San Francisco, CA 94111

Dolores Seltzer
481 Eddy Street, Apt. 305
San Francisco, CA 94109

Veronica Herrera Garcia
Attorney at Law
475 Sansome Street, Suite 1800
San Francisco, CA 94111

Dated: January 6, 2009

                                      Richard W. Wieking, Clerk
                                      By: Rose Maher, Deputy Clerk