**FILED**

MAR 1 3 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

Northern District of California

DOLORES SELTZER,
    Plaintiff in Propia Persona,

v.

TENDERLOIN NEIGHBORHOOD DEVELOPMENT,
    Defendant.

No. C 08-3683 BZ

**ORDER APPOINTING SPECIAL ASSISTED SETTLEMENT CONFERENCE COUNSEL**

    The court having ordered that this case be assigned to the Assisted Settlement Conference Program, plaintiff having requested and being in need of counsel to assist her in the settlement conference, and a volunteer attorney willing to be appointed for the limited purpose of representing plaintiff in the settlement conference having been located by the court,

    IT IS HEREBY ORDERED THAT:

PATRICE N. HARPER
Squire, Sanders & Dempsey L.L.P.
San Francisco
One Maritime Plaza, Suite 300
San Francisco, California 94111-3492
Tel:  +1.415.393.9859
Fax:  +1.415.393.9887
pharper@ssd.com

////

////

Copies Mailed to
Parties of Record

is appointed as Special Assisted Settlement Conference Counsel. This appointment shall be pursuant to the terms of the Application and Declaration of Plaintiff to Participate in the Assisted Settlement Conference Program. This appointment and limited representation shall end upon the completion of the settlement conference and any follow-up activities agreed upon by the parties and the magistrate judge conducting the settlement conference, unless terminated earlier by the court.

Special Assisted Settlement Conference Counsel shall notify the court promptly upon the completion of the settlement conference and any follow-up activities. The court shall then issue an order relieving the Special Assisted Settlement Conference Counsel from her limited representation of the plaintiff. Thereafter, the attorney who has served as Special Assisted Settlement Conference Counsel will only be permitted to represent the plaintiff upon order of the court if there is a signed written agreement under which the attorney agrees to provide such legal services.

IT IS SO ORDERED.

13 March 09
Date

United States Magistrate Judge
Bernard Zimmerman

G:\ADRALL\ASCP\Cases\08-3683 BZ Seltzer v. Tenderloin\Order Appointing Counsel.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DELORES SELTZER,

        Plaintiff,

v.

TENDERLOIN NEIGHBORHOOD DEVELOPMENT et al,

        Defendant.

Case Number: CV08-03683 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 13, 2009, I SERVED a true and correct copy(ies) of the attached **ORDER APPOINTING SPECIAL ASSISTED SETTLEMENT CONFERENCE COUNSEL**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Arif Virji
Lynch Gilardi & Grummer
475 Sansome Street   Suite 1800
San Francisco, CA 94111

Dolores Seltzer
481 Eddy Street, Apt. 305
San Francisco, CA 94109

Veronica Herrera Garcia
Attorney at Law
475 Sansome Street, Suite 1800
San Francisco, CA 94111

Patrice N. Harper
Squires, Sanders & Dempsey LLP
One Maritime Plaza, Suite 300
San Francisco, CA 94111-3492

Dated: March 13, 2009

                                          Richard W. Wieking, Clerk
                                          By: Rose Maher, Deputy Clerk