United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DELORES SELTZER

    Plaintiff,

    v.

TENDERLOIN NEIGHBORHOOD DEVELOPMENT

    Defendant.

No. C-08-03683 BZ (EDL)

NOTICE OF CONTINUANCE
OF SETTLEMENT CONFERENCE

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for April 2, 2009 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **May 29, 2009 at 9:30 a.m**.

On or before May 19, 2009, the parties shall deliver directly to the Magistrate Judge a Confidential Settlement Conference Statement that shall not be filed with the Court or served upon parties.  All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated: March 30, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge