UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DELORES SELTZER ) </br> ) </br> Plaintiff(s), ) </br> ) </br> v. ) </br> ) </br> TENDERLOIN NEIGHBORHOOD ) </br> DEVELOPMENT, ) </br> ) </br> Defendant(s). ) </br> ) </br> ) </br> _____) | No.  C08-03683 BZ </br></br> **ORDER VACATING PRETRIAL AND TRIAL DATES** |

In light of the settlement conference scheduled in this case for October 13, 2009, the following pretrial and trial dates are hereby **VACATED**:

    **Trial Date**: Monday, 11/09/2009

    **Pretrial Conference**: Tuesday, 9/29/2009

In the event the case does not settle, a status conference to select a new trial date is set for **Monday, October 19, 2009 at 4:00 p.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: September 8, 2009

                                                            _____
                                                               Bernard Zimmerman
                                          United States Magistrate Judge

G:\BZALL\-BZCASES\SELTZER V TENDERLOIN\ORD VACATING TRIAL.wpd

1