1

SQUIRE, SANDERS & DEMPSEY L.L.P.
Patrice N. Harper (CA Bar # 225573)

2

One Maritime Plaza, Third Floor
San Francisco, California 94111-3492

3

Telephone:   +1.415.954.0200
Facsimile:    +1.415.393.9887

4

5

Attorneys for Plaintiff
DELORES SELTZER

6

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

(SAN FRANCISCO DIVISION)

11

DOLORES SELTZER,

Case No. C 08-3683 BZ (JL)

12

Plaintiff in Propia Persona,

**[PROPOSED]** ORDER GRANTING
**DELORES SELTZER'S APPLICATION TO**

13

vs.

**BE EXCUSED FROM MAKING PERSONAL**
**APPEARANCE AT SETTLEMENT**

14

TENDERLOIN NEIGHBORHOOD
DEVELOPMENT, et al.

**CONFERENCE**

15

Defendant.

Date:                    October 13, 2009
Time:                    10:00 A.M.

16

Courtroom:          F, 15th Floor
Settlement Judge:   Magistrate Judge James

17

Larson

18

19

20

21

22

23

24

25

26

27

28

1         Pursuant to this Court's July 16, 2009 Order rescheduling the settlement conference in this

2   matter from September 29, 2009 to October 13, 2009, Plaintiff Delores Seltzer submitted

3   a written application to be excused from personally attending the settlement conference and to be

4   allowed to attend the conference by telephone.

5         After full consideration of Ms. Seltzer's application, the Court hereby finds good cause to

6   excuse Ms. Seltzer from a personal appearance at the October 13, 2009 Settlement Conference

7   and GRANTS Ms. Seltzer's application.

8        **IT IS SO ORDERED.**

9

10  Dated: _____10-8-09_____          _____

11                                   JAMES LARSON
                          United States Magistrate Judge

[PROPOSED] ORDER GRANTING DELORES SELTZER'S APPLICATION TO BE EXCUSED FROM
MAKING PERSONAL APPEARANCE AT SETTLEMENT CONFERENCE - Case No. C 08-3683 BZ (JL)

**CERTIFICATE OF SERVICE**

I am employed in the County of San Francisco, State of California.  I am over the age of 18 and not a party to the within action; my business address is One Maritime Plaza, Third Floor, San Francisco, California  94111-3492.

On October 6, 2009, I served the a copy of the document described as **[PROPOSED] ORDER GRANTING DELORES SELTZER'S APPLICATION TO BE EXCUSED FROM MAKING PERSONAL APPEARANCE AT SETTLEMENT CONFERENCE** on interested parties in this action:

> Arif Virji
> Veronica Herrera Garcia
> Lynch, Gilardi & Grummer
> 475 Sansome Street, Suite 1800
> San Francisco, CA  94111
> Facsimile:  (415) 397-0937
>
> *Attorneys for Defendant* TENDERLOIN NEIGHBORHOOD DEVELOPMENT

☒ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth above on this date.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth above.

☐ by causing personal delivery by hand of the document(s) listed above to the person(s) at the address(es) set forth above.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a UPS agent for delivery.

☐ by causing personal delivery by Worldwide Attorney Services of the document(s) listed above to the person(s) at the address(es) set forth above.

Executed on October 6, 2009, at San Francisco, California.  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Sarah Lansang David