UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DELORES SELTZER,

        Plaintiff,

  v.

TENDERLOIN NEIGHBORHOOD DEVELOPMENT et al,

        Defendant.

 /

Case Number: CV08-03683 BZ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 21, 2009, I SERVED a true and correct copy(ies) of the attached **ORDER OF CONDITIONAL DISMISSAL**, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Delores Seltzer
481 Eddy St. Apt. 305
San Francisco, CA 94109

Veronica Herrera Garcia
Lynch Gilardi & Grummer
A Professional Corporation
475 Sansome Street, Suite 1800
San Francisco, CA 94111

Dated: October 21, 2009

    Richard W. Wieking, Clerk
    By: Rose Maher, Deputy Clerk

    *Rose Maher*