1  Patrice N. Harper (State Bar #225573)
   SQUIRE, SANDERS & DEMPSEY L.L.P.
2  One Maritime Plaza, Suite 300
   San Francisco, CA 94111-3492
3  Telephone:   1.415.954.0200
   Facsimile:   1.415.393.9887
4  E-mail:      pharper@ssd.com

5  Attorneys for Plaintiff
   DELORES SELTZER
6
   Arif Virji (State Bar #130322)
7  Elia DeLuca (State Bar #249059)
   LYNCH, GILARDI & GRUMMER
8  475 Sansome Street, Suite 1800
   San Francisco, CA 94111
9  Telephone:   1.415.397.2800
   Facsimile:   1.415.397.0937
10 Email:       avirji@lgglaw.com
                edeluca@lgglaw.com
11
   Attorneys for Defendant
12 TENDERLOIN NEIGHBORHOOD
   DEVELOPMENT CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### (SAN FRANCISCO DIVISION)

| | |
|---|---|
| DELORES SELTZER, | Case No. C 08-3683 BZ |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| TENDERLOIN NEIGHBORHOOD DEVELOPMENT, et al., | Magistrate Judge Bernard Zimmerman |
| Defendant. | |

Pursuant to a Settlement Agreement dated as of December 30, 2009, Plaintiff Delores Seltzer ("Seltzer") and Defendant Tenderloin Neighborhood Development Corporation ("TNDC") have resolved their respective claims. Now, in accordance with the Settlement Agreement, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Seltzer and TNDC hereby stipulate that this action and all claims shall be dismissed with prejudice and that each party shall bear its own attorneys' fees and costs.

DATED: 12/30/09

Respectfully submitted,

SQUIRE, SANDERS & DEMPSEY L.L.P.

By: _____
Patrice N. Harper

Attorneys for Plaintiff
DELORES SELTZER

DATED: 1/27/10

LYNCH, GILARDI & GRUMMER

By: _____
Arif Virji

Attorneys for Defendant
TENDERLOIN NEIGHBORHOOD DEVELOPMENT

**IT IS SO ORDERED.**

DATED: 1 Feb '10

_____
Magistrate Judge Bernard Zimmerman
UNITED STATES DISTRICT COURT

-1-
STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE
Case No. C 08-3683 BZ